IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GABRIEL R. RAMIREZ, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-00457-ESC |
| | § | |
| vs. | § | |
| | § | |
| ANDREW SAUL, COMMISSIONER OF | § | |
| SOCIAL SECURITY; | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court vacated the Commissioner's decision finding Plaintiff not disabled. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 3rd day of June, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE